IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID KURZMAN, individually and on behalf of all others similarly situated,  )<br>)<br>)<br>Plaintiffs,                                                    )<br>)<br>v.                                                                 )<br>)<br>INTEL CORPORATION, a Delaware                 )<br>corporation,                                                       )<br>)<br>Defendant.                                                  ) | C. A. No. 05-710 |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Intel Corporation's response to Plaintiff's complaint shall be due either (1) the earlier of 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings pursuant to 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL, or (2) 45 days after any such motion has been denied.  No prior extensions of time have been sought or granted.

| BIGGS AND BATTAGLIA | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Robert D. Goldberg*<br>    Robert D. Goldberg (#631)<br>    *goldberg@batlaw.com*<br>    921 North Orange Street<br>    P.O. Box 1489<br>    Wilmington, DE  19899-1489<br>    Telephone:  (302) 655-9677<br>    Facsimile:  (302) 655-7924 | By: */s/ Richard L. Horwitz*<br>    Richard L. Horwitz (#2246)<br>    *rhorwitz@potteranderson.com*<br>    W. Harding Drane (#1023)<br>    *wdrane@potteranderson.com*<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    P.O. Box 951<br>    Wilmington, DE  19801<br>    Telephone:   (302) 984-6000<br>    Facsimile:  (302) 658-1192 |
| GILMAN AND PASTOR, LLP<br>David Pastor<br>David G. Thomas<br>60 State Street, 37th Floor<br>Boston, MA 02109<br>Telephone:  (617) 742-9700<br>Facsimile:  (617) 742-9701<br><br>Attorneys for Plaintiff<br>DAVID KURZMAN | BINGHAM McCUTCHEN LLP<br>David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  (415) 393-2000<br>Facsimile:  (415) 393-2286<br><br>Richard A. Ripley<br>Gregory L. Wells<br>1120 20th Street, N.W., Suite 800<br>Washington, D.C. 20036<br>Telephone:  (202) 778-6150<br>Facsimile:  (202) 393-6929<br><br>Attorneys for Defendant<br>INTEL CORPORATION |

702203

        SO ORDERED this ___ day of _____, 2005.

                              _____
                              UNITED STATES DISTRICT JUDGE